Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

## for the

### EASTERN District of ARKANSAS

_____ Division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 18 2018

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

Case No. _____ 2:18CV61-JM _____
*(to be filled in by the Clerk's Office)*

---

**DAVID FRIEDEBERG, PRO-SE**

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

**Mary Jo Bullard and Commonwealth Land and Title**

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)*   ☒ Yes   ☐ No

This case assigned to District Judge *Moody*
and to Magistrate Judge *Harris*

## COMPLAINT FOR A CIVIL CASE

### I.   The Parties to This Complaint

#### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | David Friedeberg |
| Street Address | 203 S 7th |
| City and County | West Helena, Phillips County |
| State and Zip Code | Arkansas 72390 |
| Telephone Number | (870) 816-6234 |
| E-mail Address | friedebergdavid@yahoo.com |

#### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name                                Mary Jo Bullard

Job or Title *(if known)*

Street Address                      1900 Tulane

City and County                     Gainesville, Cooke County

State and Zip Code                  TX 72640

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name                                Commonwealth Land Title Insurance Co

Job or Title *(if known)*

Street Address                      601 Riverside Avenue Building 5 4th Floor

City and County                     Jacksonville, Duval County

State and Zip Code                  FL, 32204

Telephone Number                    888-453-4095

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question                    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* David Friedeberg _____, is a citizen of the State of *(name)* **Arkansas** _____ .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* **Mary Jo Sanders Bullard** _____, is a citizen of the State of *(name)* **Texas** _____ . Or is a citizen of

*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.      If the defendant is a corporation

The defendant, *(name)*   <u>Commonwealth Land Title Insurance</u>   , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The value of the home after improvments is greater than $75,000.00.  The home was to be used as an investment to ensure funding for my son's college education.  My son attended one semester of school in which do not obtain grades or credit after unable to pay the remainder of tuition after grants and scholarships.

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1. Plaintiff David Friedeberg purchased a home located at 203 S 7th West Helena Arkansas 72390 through Delta Realty who repersented both Plaintiff and Defendant Mary Jo Sanders Bullard.  Delta Realty used East Arkansas Title Insurance Company and their attorney Charles D. Roscopf to handle closing.  Plaintiff was issued a owner title policy through Commonwealth Land and Title without a proper title exam and or opinion rendered.  Their issuance of a policy without a proper title exam was in bad faith.

2. Per Commonwealth Land and Title confirmed property was not legally transferred to Mary Jo Sander Bullard and therefore Plaintiff does not have a clear title to 203 S 7th West Helena Arkansas 72390.  This flaw of title should have been detected by Commonwealth Land and Title upon writing a title policy without proper title examination.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff is asking for value of home presently which is $125,500.00 and damages plaintiff family has suffered by loss of securing education for son and enjoyment of home.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        April 16, 2018

Signature of Plaintiff

Printed Name of Plaintiff        David L Friedeberg

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

State and Zip Code

Telephone Number

E-mail Address