IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DAVID FRIEDEBERG**                                                  **PETITIONER**

v.                  NO. 2:18-cv-00061 JM

**MARY JO BULLARD and**                                    **DEFENDANTS**
**COMMONWEALTH LAND AND TITLE**

### **ORDER**

The Court has received findings and recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a <u>de novo</u> review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motions for summary judgment filed by defendants Mary Jo Bullard and Commonwealth Land and Title are granted. <u>See</u> Docket Entry 31, 35. This case is dismissed, and judgment will be entered for the defendants.

IT IS SO ORDERED this 28th day of March, 2019.

                                                                UNITED STATES DISTRICT JUDGE