IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**DAVID FRIEDEBERG**                                          **PETITIONER**

v.                    NO. 2:18-cv-00061 JM

**MARY JO BULLARD and**                            **DEFENDANTS**
**COMMONWEALTH LAND AND TITLE**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for defendants Mary Jo Bullard and Commonwealth Land and Title.

IT IS SO ORDERED this 28th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE